# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00588-CV

**George Lee Swift, Appellant**

**v.**

**Billie Ruth Baker Swift, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT NO. 94-00583, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant George Lee Swift filed a notice of appeal on September 15, 2004. The clerk's record was filed with this Court on September 23, 2004. This Court has been informed by the court reporter that appellant has not made arrangements for payment for the preparation of the reporter's record.[1] Appellant has not filed a brief. On November 9, 2004, appellant was notified that his brief was overdue and was given until November 19, 2004, to respond. *See* Tex. R. App. P. 38.8(a)(1) (failure to file a brief can result in dismissal for want of prosecution). The notice informed appellant that his failure to respond *would* result in dismissal of the appeal. To date,

---

[1] The court reporter informed this Court that she contested appellant's affidavit of inability to pay costs and that the contest was sustained by the district court. *See* Tex. R. App. P. 20.1(e).

appellant has not responded in any way to that notice. Accordingly, we dismiss the appeal for want of prosecution. *Id*.; Tex. R. App. P. 42.3(b).

_____

Bea Ann Smith, Justice

Before Justices B. A. Smith, Puryear and Pemberton

Dismissed for Want of Prosecution

Filed:   February 1, 2005